# Golden, Rothschild, Spagnola, Lundell, Boylan & Garubo, P.C.
1011 Route 22 West, Suite 300
P.O. Box 6881
Bridgewater, NJ 08807
Telephone: 908-722-6300
Our File No. 20.68331

| | |
|---|---|
| CHRISTOPHER CASAL,<br><br>Plaintiff,<br><br>vs.<br><br>BOROUGH OF DUNELLEN, ROBERT SEADER, Mayor, JAMES ASHWORTH, Police Commissioner, and ROBERT MOORE, Chief of Police,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 07-1218 (JAG-MCA)<br><br>**VOLUNTARY STIPULATION OF DISMISSAL, WITH PREJUDICE** |

It is hereby stipulated and agreed that any and all claims and causes of action asserted by the Plaintiff, Christopher Casal, against the Defendants, Borough of Dunellen, Robert Seader, Mayor, James Ashworth, Police Commissioner, and Robert Moore, Chief of Police, and which are the subject matter of this lawsuit are hereby voluntarily dismissed with prejudice; and,

It is further stipulated and agreed that the Plaintiff and the Defendants waive their respective

rights to apply to the Court for an award of counsel fees and otherwise waive their claims for costs and counsel fees incurred in this action.

LAW OFFICE OF BRIAN M. CIGE, ESQ.
Attorney for Plaintiff, Christopher Casal

By: _____  Dated: 11/19/10
    Brian M. Cige

DWYER, CONNELL & LISBONA
Attorneys for Defendants, Borough of Dunellen, Robert Seader, and James Ashworth

By: _____  Dated: 11/22/10
    William T. Connell

THE STONE LAW GROUP
Attorney for Defendant, Robert Moore,

By: _____  Dated: 11/23/10
    Michael John Stone

SO ORDERED this 9th day of December, 2010.

_____
GARRETT E. BROWN JR. USDJ
MADELINE COX ARLEO, U.S.M.J.